Forrest W. BOLKUM and Velma E. Bolkum v. John J. STAAB and Cecile D. Staab, No. 341-76

December 22, 1976. Appellants' motion for a stay pending appeal is denied, for the reason that the cause is not properly before this Court on direct appeal under V.R.A.P. 3, defendants' remedy, if any, being under V.R.A.P. 21.

STATE of Vermont v. Daniel MOQUIN, No. 178-75

December 23, 1976. The defendant's motion for release pending appeal confined in execution under sentence in the above-captioned case is denied, subject to the right to reapply at the February Term, 1977, of the Supreme Court. This denial is not intended in any way to affect or restrain any determinations of the Department of Corrections with respect to the defendant's eligibility for rehabilitative programs such as the so-called Threshold Program.

IN RE QUEEN CITY TAP CONDEMNATION CASES, No. 351-76

December 23, 1976. The appellee's motion for vacation of the suspension of the order of the Public Service Board in the above-captioned cases authorizing construction of the Queen City Tap socalled is granted effective January 17, 1977, unless on or before that date, briefs and printed cases have been filed in the Supreme Court by all appellants in these cases; and if the above condition is complied with, this order of vacation shall then become effective February 9, 1977, unless otherwise ordered by the Supreme Court.